UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> AHMAD MOHAMEDED, et al., <br><br> Defendants. | Case No. C10-1571-MJP <br><br> **ORDER DIMISSING AMENDED STATEMENT OF CLAIM** |

The Court, having reviewed plaintiff's amended statement of claims (Dkt. 18), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's objections (Dkt. No. 30), and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. While Plaintiff objects to the Report and Recommendation by listing various complaints regarding his treatment by prison officials, Williams still makes no showing of future irreparable harm.

(2) Plaintiff's amended statement of claim (Dkt. 18) is **DISMISSED**.

(3) Plaintiff's request for injunctive relief enjoining administration of his antipsychotic medication is **DENIED**.

\\

\\

\\

ORDER DIMISSING AMENDED STATEMENT OF CLAIM- 1

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Brian A. Tsuchida.

DATED this 14th day of February, 2011.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER DIMISSING AMENDED STATEMENT OF CLAIM- 2