UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES WILLIAMS,<br><br>                    Plaintiff,<br><br>     v.<br><br>AHMAD MOHAMEDAD, et al.,<br><br>                    Defendants. | Case No. C10-1571-MJP-BAT<br><br>**ORDER STRIKING AS MOOT PLAINTIFF'S MOTION FOR EXTENSION TO REPLY** |

On April 21, 2011, the Court received plaintiff's motion to "Delay Ruling On the Defendant's Motion To Dismiss." Dkt. 46. The Court has already granted plaintiff additional time to respond to this motion— plaintiff has until **May 30, 2011** to file a response to defendant's motion to dismiss. The Court therefore **STRIKES** plaintiff's motion (Dkt. 46) as moot.

The Clerk is directed to send plaintiff copies of this Order to plaintiff and to the Honorable Marsha J. Pechman.

DATED this 25th day of April, 2011.

                              s/ Brian A. Tsuchida
                              United States Magistrate Judge

ORDER STRIKING AS MOOT PLAINTIFF'S MOTION FOR
EXTENSION TO REPLY - 1