UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES WILLIAMS,

            Plaintiff,

v.

SGT. AHMAD MOHAMEDAD, et al.,

            Defendants.

Case No. C10-1571-MJP

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's motion to voluntarily dismiss his case (Dkt. 54), the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) This action and all claims asserted herein are **DISMISSED** without prejudice and without fees or costs to either party.

(3) The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 29th day of June, 2011.

*[signature]*
Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1